Case 1:11-cv-07594-GBD   Document 10   Filed 05/09/12   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Eva Seria,

              Plaintiff,            11 Civ. 7594 (GBD)

  - against -

                                            **DEFAULT JUDGMENT**

Commonwealth Financial Systems, Inc.

              Defendant.
-----------------------------------x

      This action having been commenced on October 26, 2011 by the filing of the summons and complaint, and a copy of the summons and complaint having been personally served on the Defendant, Commonwealth Financial Systems, Inc., on January 20, 2012 by the process server's personal service on Kevin Vohnoutka, clerk authorized to accept services on behalf of Corporation Service Company, registered agent for the Defendant Commonwealth Systems, Inc., and a proof of service having been filed on February 1, 2012 and the Defendant not having answered the complaint, and the time for answering the complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against the Defendant in actual damage amount of two thousand dollars ($2,000.00); statutory damages of one thousand dollars ($1,000.00) plus attorneys' fees, costs and disbursements of this action in the amount of six thousand and ninety-four dollars ($6,094.00) amounting in all to nine thousand and ninety-four dollars ($9,094.00).

Dated: New York, New York

      May 8, 2012    MAY 09 2012   _George B. Daniels_
                                                                      U.S.D.J.

                                                     This document was entered on the docket on _____.