# FREDRICK SCHULMAN & ASSOCIATES
## ATTORNEYS AT LAW

December 20, 2012

Clerk, U.S. District Court
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

RE: SERIA V COMMONWEALTH FINANCIAL SYSTEMS, INC.
Case No: 12-MC-352

To whom it may concern,

    Please be advised that this office represents the plaintiff in the above-captioned matter. I am pleased to inform the Court that there has been a satisfaction of judgment, and that there are no outstanding executions with any Sheriff or Marshal within the State of Pennsylvania.

    Therefore, total satisfaction of said judgment is hereby acknowledged, and I hereby request that the Clerk be authorized and directed to make an entry of satisfaction on the docket of said judgment.

**FILED**
**SCRANTON**

DEC 26 2012

PER _____
DEPUTY CLERK

Respectfully,

_Jacob J. Scheiner_
Jacob J. Scheiner
FREDRICK SCHULMAN & ASSOCIATES
Attorneys for Plaintiff
30 East 29TH Street
New York, New York 10016
(212) 796-6053 x 5004
jscheiner@fschulmanlaw.com

FREDRICK SCHULMAN & ASSOCIATES, 30 EAST 29TH STREET, NEW YORK, NY 10016
212 796 6053  800 444 8713  FAX  212 951 7379  EMAIL  INFO@FSCHULMANLAW.COM

# FREDRICK SCHULMAN & ASSOCIATES
## ATTORNEYS AT LAW

30 EAST 29TH STREET NEW YORK NY 10016

OFFICE: 212 796 6053

FAX: 212 951 7379

INFO@FSCHULMANLAW.COM



US POSTAGE $000.45 PITNEY BOWES
DEC 20 2012
MAILED FROM ZIP CODE 10016

RECEIVED
SCRANTON

DEC 26 2012

MARY E. D'ANDREA, CLERK

Clerk, U.S. District Court
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave.
P.O. BOX 1148
Scranton, PA 18501

FSCHULMANLAW.COM
1650111464B